ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                          )
                                                     )
ICM S.P.A.                                           )        ASBCA Nos. 64098, 64130

ADMINISTRATIVE ORDER OF DISMISSAL

By Order entered on August 12, 2025, the United States Court of Federal Claims directed the transfer of ASBCA Nos. 64098, 64130 to its docket for further processing in ICM S.P.A. v. The United States, case no. 23-2164. Accordingly, ASBCA Nos. 64098, 64130 are transferred to the Court and administratively dismissed from the Board's docket.

Date: August 25, 2025

PAULLA K. GATES-LEWIS
Recorder

Attachment